IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

GLENN DAVID PRAHACH,

    Plaintiff,

vs.                                                 CASE NO. 4:09cv90/RS-WCS

WESTCHESTER POLICE DEPARTMENT
OF YONKERS, NEW YORK,

    Defendant.

_____/

## ORDER

Before me is the Magistrate Judge's Order and Report and Recommendation (Doc. 4). Plaintiff has not filed objections.

**IT IS ORDERED**:

1. The Magistrate Judge's Order and Report and Recommendation is adopted and incorporated by reference in this Order.

2. Plaintiff's Complaint (Doc. 1) is dismissed pursuant to 28 U.S.C. §1915(e)(2) because of failure to state a claim upon which relief may be granted

3. The clerk is directed to note on the docket that this case was dismissed pursuant to 28 U.S.C. §1915(e)(2)(B)(ii).

4. The clerk is directed to close the file.

**ORDERED** on April 20, 2009.

                                                         /S/ Richard Smoak
                                                         **RICHARD SMOAK**
                                                         **UNITED STATES DISTRICT JUDGE**